Matthew C. Sgnilek, Esq., SBN 235299
msgnilek@ohaganmeyer.com
Gouya A. Ranekouhi, Esq. SBN 288267
granekouhi@ohaganmeyer.com
Andrea L. Rosenkranz, Esq. SBN 301559
arosenkranz@ohaganmeyer.com
O'HAGAN MEYER
4695 MacArthur Court, Suite 210
Newport Beach, CA 92660
Telephone: (949) 942-8507
Facsimile: (949) 942-8510

Attorney for Defendants,
LIBRE TECHNOLOGY, INC.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

EBONY HUDSON, individually and on behalf of all others similarly situated,

Plaintiff,

v.

LIBRE TECHNOLOGY, INC., doing business as Student Loan Service, Docupop, and Student Loan Service, US; ANTONY MURIGU, JASON BLACKBURN, and BRIAN BLACKBURN,

Defendants.

Case No. 18:CV-1371 GPC KSC

Honorable Gonzalo P. Curiel
Courtroom 2D
Magistrate Judge Karen S. Crawford

**CLASS ACTION**

**NOTICE OF SETTLEMENT**

Complaint Filed: June 21, 2018

**TO THIS HONORABLE COURT:**

Plaintiff Ebony Hudson ("Plaintiff") and Defendants Libre Technology, Inc., Antony Murigu, Jason Blackburn, and Brian Blackburn ("Defendants") (collectively referred to as the "Parties"), through their respective counsel, respectfully request that the Court vacate the Early Neutral Evaluation ("ENE") Conference scheduled for February 11, 2019, as the parties have reached a class settlement subject to the court's approval.

The parties hereby stipulate to the following facts:

WHEREAS, Plaintiff filed a Complaint on June 21, 2018;

WHEREAS, Plaintiff served the Complaint on Defendants on July 16, 2018.

WHEREAS, Defendants answered Plaintiff's complaint on September 7, 2018;

WHEREAS, the Parties participated in private mediation on January 24, 2019, and agreed to settle on a class basis, subject to the court's approval;

WHEREAS, pursuant to the parties' proposed settlement, Plaintiff is to file a Joint Motion and Stipulation Allowing Plaintiff to File First Amended Complaint, and once granted, Plaintiff will file its First Amended Complaint;

WHEREAS, once Plaintiff files its First Amended Complaint, the Parties will work diligently and cooperatively to submit to the Court for approval a joint stipulation of class action settlement.

///

///

///

///

///

///

///

///

NOW THEREFORE, Plaintiff's counsel and Defendants' counsel respectfully request this Court to vacate the February 11, 2019 ENE as the parties reached a class settlement in principle.

Respectfully Submitted,

Dated: February 6, 2019 O'HAGAN MEYER

By: /s Gouya Ranekouhi
Matthew C. Sgnilek
Gouya A. Ranekouhi
Attorneys for Defendants

Dated: February 6, 2019 FINKELSTEIN & KRINSK, LLP

By: /s Trenton R. Kashima
Trenton R. Kashima, Esq.
550 West C St., Suite 1760
San Diego, CA 92101-3593
Telephone: (619) 238-1333
Facsimile: (619) 238-5425

Attorneys for Plaintiff Ebony Hudson

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 6, 2019 O'HAGAN MEYER

By: /s Gouya Ranekouhi
Matthew C. Sgnilek
Gouya A. Ranekouhi
Attorneys for Defendants

# CERTIFICATE OF SERVICE

I, Gouya Ranekouhi, state:

I am a citizen of the United States and employed in California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 4695 MacArthur Court, Suite 210, Newport Beach, CA 92660. On February 6, 2019, I served a copy of the within document:

**NOTICE OF SETTLEMENT**

☒ I hereby certify that on the below date., I electronically file the notice list, and I hereby verify that I have mailed the forgoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice list (if any).

I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 6, 2019, at Newport Beach, California.

/s/ Gouya Ranekouhi
Gouya Ranekouhi