FINKELSTEIN & KRINSK LLP
Jeffrey R. Krinsk, Esq. (SBN 109234)
jrk@classactionlaw.com
Trenton R. Kashima, Esq. (SBN 291405)
trk@classactionlaw.com
550 West C St., Suite 1760
San Diego, California 92101
Telephone: (619) 238-1333
Facsimile:  (619) 238-5425

*Attorneys for Plaintiff
and the Putative Class*

[Additional Counsel Listed On Signature Page]

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EBONY HUDSON**, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>**LIBRE TECHNOLOGY INC.**, doing business as Student Loan Service, Docupop, and Student Loan Service, US; **ANTONY MURIGU**; **JASON BLACKBURN**; and **BRIAN BLACKBURN**.<br><br>    Defendants. | Case No.: 3:18-cv-01371-GPC-KSC<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**<br><br>Date:     August 23, 2019<br>Time:    1:30 p.m.<br>Judge:   Hon. Gonzalo P. Curiel<br>Ctrm:     Courtroom 2D |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 23, 2019, at 1:30 p.m., Plaintiff Ebony Hudson will and hereby does move the Court for an order:

1. Granting preliminary approval of the settlement reached between the Plaintiffs and Defendants Libre Technology, Inc., Antony Murigu, Jason Blackburn, and Brian Blackburn (collectively, the "Parties"), the terms of which are set forth in the Settlement Agreement attached as Exhibit C to the Declaration of Trenton R. Kashima filed concurrently with this Motion;

2. Conditionally certifying, for settlement purposes only, a class pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(3), defined as: "all persons who, during the Class Period, have previously been or currently are employed in California by Libre Technology, Inc. dba Student Loan Service, Docupop, and Student Loan Service, US, as an hourly-paid 'non-exempt' employee" from June 21, 2014, to the date of Preliminary Approval;

3. Appointing Ebony Hudson as the Class Representative;

4. Appointing Trenton R. Kashima of Finkelstein & Krinsk LLP and Kevin J. Stoops of Sommer Schwartz P.C. as Class Counsel;

5. Appointing Phoenix Settlement Administrators as the Settlement Administrator;

6. Finding the Class Notice proposed in the Settlement Agreement represents the best means practicable of providing notice under the circumstances and when completed shall constitute due and sufficient notice of the Action, the Settlement, and the Final Approval Hearing to all persons affected by and/or authorized to participate in the Settlement in full compliance with Federal Rules of Civil Procedure 23(c) and (e) and the requirements of due process;

7. Approving the form and content of the proposed Class Notice Packet (attached as Exhibit A & B to the Settlement Agreement) and establishing a schedule for the

dissemination of notice to Class Members and the deadlines for Class Members to object to or request exclusion from the Settlement;

      8.     Scheduling a hearing on Final Approval, at which Class Members may be heard, to determine all necessary matters concerning the Settlement Agreement, including whether the proposed Settlement is fair, adequate, and reasonable, whether this Court should grant final approval, whether there should be any fee and expense award and/or incentive award, and the amounts of any such awards.

This Motion is brought pursuant to Federal Rule of Civil Procedure 23(e) and is supported by the Memorandum of Points and Authorities filed contemporaneously herewith, the Declaration of Trenton R. Kashima, and the germane court record.

DATED: June 5, 2019                     Respectfully submitted,

                                           FINKELSTEIN & KRINSK LLP

                                           By: s/ Trenton R. Kashima

Trenton R. Kashima, Esq.
550 West C St., Suite 1760
San Diego, CA 92101
Telephone: (619) 238-1333
Facsimile: (619) 238-5425

Kevin J. Stoop (*pro hac vice anticipated*)
jthompson@sommerspc.com
SOMMERS SCHWARTZ, P.C.
One Towne Square, Suite 1700
Southfield, Michigan 48076
Telephone: (248) 355-0300
Facsimile: (248) 436-8453

*Counsel for Plaintiff and Proposed Class and Collective Members*