SOMMERS SCHWARTZ
Trenton R. Kashima, Esq. (SBN 291405)
tkashima@sommerspc.com
550 West C St., Suite 1760
San Diego, California 92101
Telephone: (619) 762-2125
Facsimile:  (619) 762-2127

*Attorneys for Plaintiff
and the Putative Class*

[Additional Counsel Listed On Signature Page]

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EBONY HUDSON**, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> **LIBRE TECHNOLOGY INC.**, doing business as Student Loan Service, Docupop, and Student Loan Service, US; **ANTONY MURIGU**; **JASON BLACKBURN**; and **BRIAN BLACKBURN**. <br><br> Defendants. | Case No.: 3:18-cv-01371-GPC-KSC <br><br> **PLAINTIFF'S NOTICE OF MOTION AND RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> Date:   April 24, 2020 <br> Time:   1:30 p.m. <br> Judge:  Hon. Gonzalo P. Curiel <br> Ct rm:  Courtroom 2D |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 24, 2020, at 1:30 p.m., Plaintiff Ebony Hudson will and hereby does move the Court for an order:

1. Granting preliminary approval of the settlement reached between the Plaintiff and Defendants Libre Technology, Inc., Antony Murigu, Jason Blackburn, and Brian Blackburn (collectively, the "Parties"), the terms of which are set forth in the Settlement

Agreement (the "Settlement Agreement") attached as Exhibit A to the Declaration of Trenton R. Kashima filed concurrently with this Motion;

2. Appointing Phoenix Settlement Administrators as the Settlement Administrator;

3. Finding the Class Notice proposed in the Settlement Agreement represents the best means practicable of providing notice under the circumstances and when completed shall constitute due and sufficient notice of the Action, the Settlement, and the Final Approval Hearing to all persons affected by and/or authorized to participate in the Settlement in full compliance with Federal Rules of Civil Procedure 23(c) and (e) and the requirements of due process;

4. Approving the form and content of the proposed Class Notice Packet (attached as Exhibit A & B to the Settlement Agreement, collective) and establishing a schedule for the dissemination of notice to Class Members and the deadlines for Class Members to object to, file a FLSA claims form, or request exclusion from the Settlement;

5. Scheduling a hearing on Final Approval, at which Class Members may be heard, to determine all necessary matters concerning the Settlement Agreement, including whether the proposed Settlement is fair, adequate, and reasonable, whether this Court should grant final approval, whether there should be any fee and expense award and/or incentive award, and the amounts of any such awards.

This Motion is brought pursuant to Federal Rule of Civil Procedure 23(e) and is supported by the Memorandum of Points and Authorities filed contemporaneously herewith, the Declaration of Trenton R. Kashima, and the germane court record.

DATED: March, 6, 2020

Respectfully submitted,

SOMMERS SCHWARTZ, P.C.

By: s/ Trenton R. Kashima

Trenton R. Kashima, Esq.

402 West Broadway, Suite 1760
San Diego, CA 92101
Telephone: (619) 762-2125
Facsimile: (619) 762-2127

Kevin J. Stoop (*pro hac vice anticipated*)
kstoops@sommerspc.com
SOMMERS SCHWARTZ, P.C.
One Towne Square, Suite 1700
Southfield, Michigan 48076
Telephone: (248) 355-0300
Facsimile: (248) 436-8453

*Counsel for Plaintiff and Proposed Class and Collective Members*