SOMMERS SCHWARTZ, P.C.
Trenton R. Kashima, Esq. (SBN 291405)
tkashima@sommerspc.com
402 West Broadway, Suite 1760
San Diego, California 92101
Telephone: (619) 762-2125
Facsimile:  (619) 762-2127

*Attorneys for Plaintiff
and the Putative Class*

[Additional Counsel Listed On Signature Page]

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EBONY HUDSON**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br>**LIBRE TECHNOLOGY INC.**, doing business as Student Loan Service, Docupop, and Student Loan Service, US; **ANTONY MURIGU**; **JASON BLACKBURN**; and **BRIAN BLACKBURN**.<br><br>Defendants. | Case No.: 3:18-cv-01371-GPC-KSC<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:     September 18, 2020<br>Time:    1:30 p.m.<br>Judge:   Hon. Gonzalo P. Curiel<br>Ct Rm:  2D |

Case No.: 3:18-cv-01371
PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 18, 2020 at 1:30 p.m. in Courtroom 2D of the above-titled Court located at Edward J. Schwartz United States Courthouse, 221 West Broadway San Diego, CA 92101, the Honorable Gonzalo P. Curiel presiding, Plaintiff Ebony Hudson and Defendants Libre Technology, Inc., Antony Murigu, Jason Blackburn, and Brian Blackburn (collectively "Defendants") respectfully request that this Court grant their Joint Stipulation of Class Settlement and Release (the "Settlement Agreement") and enter the proposed Final Approval Order and Judgment.[1] Accordingly, Plaintiff does and will move the Court to grant:

(1) final approval of the Parties' Settlement Agreement pursuant to Federal Rule of Civil Procedure 23(e), CAL. LABOR CODE § 2699, and the Fair Labor Standards Act and entry of judgment; and

(2) final class certification and collective action designation of the Settlement Class and Sub-Class conditionally certified in the Court's Order Granting In Part and Denying In Part Preliminary Approval of Proposed Class Settlement [ECF No. 28], as amended by the Parties' Joint Stipulation Requesting Amendment of Class Definition [ECF No. 48], pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(3), and section 216(b) of the Fair Labor Standards Act.

The parties make this motion on the grounds that the Settlement was reached after arm's length negotiations by counsel for Plaintiff and the Class and counsel for Defendants, offers fair and reasonable compensation to the Settlement Class, has drawn a favorable response from the Settlement Class, and should be given final approval by the Court for all the reasons set forth in the following memorandum in support of the motion.

---

[1] The Settlement Agreement is attached as Exhibit 1, to the Declaration of Trenton R. Kashima [ECF No. 40-4] ("Kashima Decl. I").

The motion is based on this notice of motion and motion; the following memorandum in support of the motion; the accompanying declarations of Trenton Kashima and Elizabeth Kruckenberg in support of this motion; all matters of which the Court may take notice; and any oral and documentary evidence presented at the hearing on the motion.

Dated: September 4, 2020

Respectfully submitted,

SOMMERS SCHWARTZ, P.C.

/s/ Trenton R. Kashima

Trenton R. Kashima, Esq.
402 West Broadway, Suite 1760
San Diego, California 92101
Telephone: (619) 762-2125
Facsimile: (619) 762-2127

SOMMERS SCHWARTZ P.C.
Kevin Scoops (admitted pro hac vice)
SOMMERS SCHWARTZ, P.C.
One Towne Square, Suite 1700
Southfield, Michigan 48076
Telephone: (248) 355-0300
Facsimile: (248) 436-8453

FINKELSTIEN & KRINSK LLP
Jeffrey R. Krinsk, Esq.
jrk@classactionlaw.com
550 West C Street, Suite 1760
San Diego, California 92101
Telephone: (619) 238-1333
Facsimile: (619) 238-5425

*Attorneys for Plaintiffs
and the Putative Classes*